1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  ZAHRA L.,[1]                              Case No. 2:20-cv-9439-MAR

12              Plaintiff,                     JUDGMENT

13      v.

14  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
15
                Defendant.
16

17      It is the judgment of this Court that the final decision of the Commissioner of

18  the Social Security Administration is **REVERSED**, and the action is **REMANDED**

19  for further proceedings consistent with the Memorandum and Order.
20

21  DATED:  June 28, 2022

22

23  _____

24  HONORABLE MARGO A. ROCCONI
    UNITED STATES MAGISTRATE JUDGE
25

26

27  [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
    recommendation of the Committee on Court Administration and Case Management of the Judicial
28  Conference of the United States.